IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHARLES GUEST, CAROL GUEST, ROBERT H. MONTGOMERY, SR. (DECEASED), RUTH MONTGOMERY, ROBERT MONTGOMERY, JR., and RANDALL MONTGOMERY TRUSTEES FOR THE ROBERT H. MONTGOMERY EQUIVALENT EXEMPTION TRUST SUCCESSORS IN INTEREST TO ROBERT MONTGOMERY, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:14-cv-27-RJL<br>District Judge R. Leon Jordan |

## ORDER OF DISMISSAL

The parties to this action have provided notice that this matter has been compromised and settled. As a result, pursuant to Federal Rule Civil Procedure 41, THIS CASE IS DISMISSED with prejudice, with each party to bear its own attorneys' fees, court costs and discretionary costs. The Court directs the Clerk to close the case.

SO ORDERED this 5th day of Jan, 2015.

_____
R. LEON JORDAN
SENIOR UNITED STATES DISTRICT JUDGE

CT Guest Prop Ord Dism 141217